UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY, et al.,<br><br>  Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 23 |

Plaintiff Lourdes Acasio, proceeding pro se and *in forma pauperis*, filed a Second Amended Complaint ("SAC") against Defendants County of San Mateo and San Mateo County Sheriff Officers Lucy and Curley (together, "Defendants"). (Dkt. No. 11.) The SAC alleges that Defendants violated her civil rights by humiliating and injuring her during post-arrest booking procedures and ignoring her pleas for medical treatment during booking and thereafter. Defendants filed a Motion to Dismiss the SAC on July 17, 2015. (Dkt. No. 23.) Under Civil Local Rule 7-3, Plaintiff's response to Defendants' motion was due on August 3, 2015.

In light of Plaintiff's failure to file an opposition, the motion hearing previously set for September, 3, 2015 is VACATED, and Plaintiff is ORDERED TO SHOW CAUSE why Defendants' motion should not be granted. Plaintiff's response is due by **August 28, 2015**. Failure to respond to Defendants' motion may result in the motion being granted and/or the action being dismissed for failure to prosecute.

The Court reminds Plaintiff that she may seek free assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102 or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612. Appointments can be

made in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: August 13, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge