UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY, et al.,<br><br>    Defendants. | Case No.  14-cv-04689-JSC<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 23 |

    Pursuant to Civil Local Rule 7-1(b), the court finds that Defendant's Motion to Dismiss Second Amended Complaint, which has been noticed for hearing on September 3, 2015, is appropriate for decision without oral argument.

    Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: August 31, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge