UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>      Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY, et al.,<br><br>      Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 23, 27, 29 |

Now pending before the Court is Defendants' motion to dismiss the Second Amended Complaint. (Dkt. No. 23.) When Plaintiff failed to file a timely opposition, the Court ordered Plaintiff to show cause by August 28, 2015 why the motion should not be granted. (Dkt. No. 27.) Plaintiff filed a late opposition brief, along with a request to excuse the delay, by the show cause response deadline. (Dkt. No. 29.) Because Plaintiff is proceeding pro se, the Court will consider her late-filed opposition. Defendant shall file a reply by **September 10, 2015**.

**IT IS SO ORDERED.**

Dated: September 2, 2015

                                                            JACQUELINE SCOTT CORLEY
                                                            United States Magistrate Judge