UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY, et al.,<br><br>    Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

Following the Case Management Conference held on January 28, 2016, it is ORDERED that:

**CASE MANAGEMENT SCHEDULE**

The following deadlines shall govern:

| | |
|---|---|
| Discovery Cut-Off: | May 31, 2016 |
| Summary Judgment Motion Filing Deadline: | July 14, 2016 |
| Hearing on Motions for Summary Judgment: | August 18, 2016 at 9:00 a.m. |

**SUMMARY JUDGMENT WARNING TO PLAINTIFF**

Plaintiff is advised that Defendant's motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case. Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact—that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn

testimony), you cannot simply rely on what your Complaint says.  Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in Defendants' declarations and documents and show that there is a genuine issue of material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you.  If summary judgment is granted, your case will be dismissed and there will be no trial.  *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc) (App. A).

If Plaintiff files a motion for summary judgment, Plaintiff must (1) provide *admissible* evidence, which includes things like sworn statements, medical records, and physical objects *and* (2) show that the defendant does not have any admissible evidence that, if true, would prove any of the defendant's defenses to the plaintiff's claims.  To support a motion for summary judgment, Plaintiff must file copies of the evidence you want the Court to consider and refer to the evidence throughout your papers.

The Court reminds Plaintiff that she may seek assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102 or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612.  Appointments can be made in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: January 29, 2016

                                                                                          _____
                                                                                          JACQUELINE SCOTT CORLEY
                                                                                          United States Magistrate Judge