UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN MATEO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER REGARDING DISCOVERY DISPUTE** |

　　The parties commenced discovery following a January 29, 2016 Case Management Conference.  (*See* Dkt. No. 51.)  At Defendant's request, the Court scheduled a discovery hearing for April 12, 2016.  (*See* Dkt. No. 52.)  Although Plaintiff was given notice of the hearing, she did not appear and did not otherwise communicate with the Court.  At the hearing, Defendant represented that Plaintiff had failed to respond or object to any of Defendant's discovery requests, including interrogatories served on February 17, 2016, and Requests for Production served on February 19, 2016.  In light of Defendant's representations and Plaintiff's failure to appear, the Court VACATES the May 31, 2016 deadline for the close of fact discovery and ORDERS Defendant to file a motion to compel discovery in the form of a letter brief by **April 29, 2016**.  Plaintiff shall file an opposition to the motion, also in letter form, by **May 13, 2016**.  Defendant's reply, if any, is due by **May 20, 2016**.  A hearing on the motion to compel is scheduled for **May 26, 2016** at **9:00 a.m.** in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco.

　　Plaintiff is warned that the failure to file an opposition to Defendant's motion and/or respond to the discovery requests could lead to dismissal of her lawsuit.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOURDES A. ACASIO,

    Plaintiff,

  v.

SAN MATEO COUNTY, et al.,

    Defendants.

Case No. 14-cv-04689-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lourdes A. Acasio
163 Shippley Avenue
Daly City, CA 94015

Dated: April 21, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3