UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY, et al.,<br><br>    Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER DIRECTING PLAINTIFF TO APPEAR** |

Now pending before the Court is Defendant's motion to compel discovery. (Dkt. No. 55.) Specifically, Defendant seeks an order directing Plaintiff to respond to Defendant's first set of interrogatories and first request for production of documents, which Defendant served in February. (*Id.* at 1.) Plaintiff filed a timely opposition to the motion in which she requests an extension of time to respond to these discovery requests until May 31, 2016—the current deadline for all fact discovery—and asks the Court to find that she did not waive her objections by failing to respond to Defendant's discovery requests. (Dkt. No. 56.) By Order of April 21, 2016, the Court scheduled a hearing on the motion for May 26, 2016 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco. The Court ORDERS Plaintiff to appear in person at the May 26 hearing on the motion to compel. Failure to appear may result in the Court granting Defendant's motion and/or in sanctions for failure to comply with Court orders.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN MATEO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04689-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lourdes A. Acasio
163 Shippley Avenue
Daly City, CA 94015

Dated: May 16, 2016

　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Ada Means, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable JACQUELINE SCOTT CORLEY

2