UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY, et al.,<br><br>    Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER SETTING SUMMARY JUDGMENT AND DEPOSITION REVIEW SCHEDULE** |

    The parties appeared before the Court for a further case management conference on July 28, 2016, during which the Court advised Plaintiff that Defendant would be a filing a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  The Court also provided to Plaintiff, in person, a copy of the Court's order explaining the summary judgment process.  (*See* Dkt. No. 65.)

    As discussed at the hearing, the Court sets the following briefing and hearing schedule for Defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's opening brief: | July 28, 2016 |
| Plaintiff's opposition brief: | August 11, 2016 |
| Defendant's reply brief: | August 18, 2016 |
| Hearing on Defendant's motion: | September 1, 2016 at 9:00 a.m. |

    Additionally, Defendant previously took Plaintiff's deposition on July 12, 2016.  At Defendant's request, Plaintiff is reminded that, pursuant to Federal Rule of Civil Procedure 30(e), she has 30 days from the date that her deposition transcript was made available to (a) review the transcript and/or recording of the deposition, and (b) if there are changes in form or substance to the transcript, to sign a statement listing the changes and the reasons for making them.

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge