UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES A. ACASIO,<br><br>             Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY, et al.,<br><br>             Defendants. | Case No. 14-cv-04689-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 93 |

Now pending before the Court is a discovery dispute regarding Plaintiff's request for discovery about the identification of all female officers on duty at the Maguire Correctional Facility on November 30, 2012.  (Dkt. No. 93.)  Having considered the parties' submissions, the Court DENIES Plaintiff's request.

**IT IS SO ORDERED.**

Dated: December 21, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge